| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>COUNTY OF ELKHART ) | IN THE ELKHART SUPERIOR ~~COUNTY~~ COURT 5<br><br>CAUSE NO: 20D05-2301-CT-000004 |
| JAMAR PARKS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD MCGINNIS and ERGON )<br>TRUCKING, INC )<br>)<br>Defendants. ) | |

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, JAMAR PARKS ("Plaintiff") by counsel, and for his Complaint for Damages against the Defendants, RICHARD MCGINNIS and ERGON TRUCKING, INC ("Defendants") alleges and asserts that:

1. At all times mentioned herein the Plaintiff was and is a resident of the City of Orlando, County of Orange, State of Florida.

2. At all times mentioned herein, Richard McGinnis was a resident of the City of St. Petersburg, County of Clarion, State of Pennsylvania.

3. At all times mentioned herein, Defendant Ergon Trucking, Inc was a domestic company licensed to and doing business in the State of Indiana with its principal place of business located at 2829 Lakeland Dr, Jackson, MS 39232.

4. At all times relevant to this Complaint, Defendant Richard McGinnis, was an employee, agent, contractor or servant of Ergon Trucking, Inc.

5. All of the acts and/or omissions of Ergon Trucking, Inc herein alleged, were performed and/or omitted by and through the agents, contractors, servants, and/or employees of

**Exhibit A**

Ergon Trucking, Inc, including but not limited to Richard McGinnis while they were acting within the scope and course of their contract and/or employment.

6. At the time of the collision, Richard McGinnis was operating a commercial vehicle while acting within the course and scope of his/her employment, agency and/or contract with Ergon Trucking, Inc.

7. In accordance with the law, Ergon Trucking, Inc is vicariously liable and responsible for any losses caused by its employee, agent and/or contractor including, but not limited to, Defendant Richard McGinnis's negligence.

8. At all times mentioned herein, there was and is now near the City of Bristol, County of Elkhart, State of Indiana, a public thoroughfare known as I-80, which generally runs in an easterly and westerly direction.

9. On October 3, 2022, the Plaintiff was traveling eastbound when the defendant failed to yield the right of way and struck the Plaintiff's vehicle, causing a collision.

10. The aforementioned collision of October 3, 2022 between Plaintiff and Richard McGinnis was directly and proximately caused by the carelessness and negligence of Richard McGinnis.

11. Ergon Trucking, Inc is liable for Richard McGinnis's acts of negligence, which proximately caused the October 3, 2022 collision, described herein.

12. Ergon Trucking, Inc is required to comply with all the state and federal regulations regarding the operation of commercial vehicles of any state in which its commercial vehicles operate by its employees or agents or contractors.

13. Ergon Trucking, Inc is required to comply with all the regulations articulated within the Federal Motor Carrier Safety Administration Regulations applicable to the operation of commercial vehicles as defined therein or in the applicate state statutory provisions.

14. Defendant Richard McGinnis is likewise charged with strict compliance with all of the regulations applicable to him/her as contained within the Federal Motor Carrier Safety Administration Regulations in addition to the laws of the state in which he/she operates a commercial vehicle as defined therein.

15. Defendant Ergon Trucking, Inc is guilty of the following additional acts of negligence, gross negligence, and/or omissions, which proximately caused or proximately contributed to the collision of October 3, 2022, described herein above:

   a. Ergon Trucking, Inc negligently and carelessly failed to properly select, train, and or supervise its drivers including but not limited to, Defendant Richard McGinnis;

   b. Ergon Trucking, Inc negligently and carelessly put or allowed to remain on the road an unqualified and/or reckless driver including, but not limited to Defendant, Richard McGinnis;

   c. Ergon Trucking, Inc negligently and carelessly failed to screen and test its drivers including, but not limited to Defendant, Richard McGinnis, periodically to monitor and evaluate their safety orientation;

   d. Ergon Trucking, Inc negligently and carelessly failed to develop, promulgate, adopt, and/or implement safety policies, procedures and practices for its drivers including, but not limited to Defendant, Richard McGinnis;

   e. Ergon Trucking, Inc negligently and carelessly permitted, allowed, and/or failed to stop its drivers, including, but not limited to Defendant, Richard McGinnis, from violating rules, regulations, and/or statutes regarding driver records and logs and/or the maintenance of the drivers' vehicles on the roadway;

   f. Ergon Trucking, Inc negligently and carelessly failed to provide periodic systematic safety and/or defensive driving training for its drivers including, but not limited to Defendant, Richard McGinnis;

  g. Ergon Trucking, Inc negligently and carelessly failed to provide remedial training of its drivers including, but not limited to, Defendant, Richard McGinnis;

  h. Ergon Trucking, Inc negligently entrusted its vehicle to Defendant Richard McGinnis; and

  i. Any such other negligence or gross negligence and violations of rules, regulations, and statutes as may be shown during the discovery of this matter and/or during the final jury trial of this matter.

16. As a direct and proximate result of the carelessness and negligence of Defendants, the Plaintiff was harmed, sustained losses and related damages.

WHEREFORE, the Plaintiff, JAMAR PARKS prays that the Court grant judgment against the Defendants RICHARD MCGINNIS and ERGON TRUCKING, INC in an amount commensurate with his harms and losses, for pre and post judgment interest, for the costs of this action, and for all other relief just and proper in the premises.

          Respectfully submitted,

          _____
          Jennifer Risser, # 31484-49
          Attorney for Plaintiff

## REQUEST FOR TRIAL BY JURY

    Comes now the Plaintiff, JAMAR PARKS by counsel and files herein his request for trial by jury for the above action.

Respectfully submitted,

_____
Jennifer Risser, # 31484-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
(317) 472-3333 Phone
(317) 472-3340 Facsimile
jrisser@hirehensley.com