UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JAMAR PARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:23-CV-00112-DRL-SJF |
| ) | |
| RICHARD MCGINNIS and ERGON ) | |
| TRUCKING, INC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Come now the Plaintiff, Jamar Parks, by counsel, and the Defendants, Richard McGinnis and Ergon Trucking, Inc., by counsel, and respectfully notify the Court that the parties were able to reach a settlement in this matter. As a result, the Final Pre-trial Conference set for December 1, 2025 and Jury Trial set to commence December 16, 2025 can be removed from the Court's calendar. A Stipulation of Dismissal will be circulated and filed shortly.

Respectfully submitted,

By: /s/Andrew Verhonik
Andrew Verhonik, #36267-32
Attorney for Plaintiff
Hensley Legal Group, PC
8350 Sunlight Drive
Fishers, IN 46037

By: /s/Justin G. Hazlett
Justin G. Hazlett, #22046-49
Attorney for Defendants
Wilson Elser Moskowitz Edelman & Dicker LLP
301 Pennsylvania Parkway, Suite 210
Indianapolis, IN 46280

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Justin G Hazlett
justin.hazlett@wilsonelser.com

Philip G. Rizzo
philip.rizzo@wilsonelser.com

                                          By: */s/Andrew Verhonik*
                                                 Andrew Verhonik, #36267-32
                                                 Attorney for Plaintiff(s)

HENSLEY LEGAL GROUP, PC
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
Telephone: (317) 472-3333
Facsimile: (317) 472-3340
Email: andrew.verhonik@hirehensley.com